**Original filed 5/12/06**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|   |   |   |
|---|---|---|
| EDWARD E.H. HOUSTON, | ) | C 06-2721 JF (PR) |
| Petitioner, | ) | |
| | ) | ORDER OF TRANSFER |
| vs. | ) | |
| | ) | |
| BOARD OF PRISON TERMS, et al., | ) | |
| Respondent. | ) | |
| _____ | ) | |

        Petitioner, a state prisoner proceeding <u>pro se</u>, filed a petition for writ of habeas

corpus pursuant to 28 U.S.C. § 2254 challenging the August 2003 Board of Prison

Terms' decision finding him unsuitable for parole.  The parole hearing occurred at the

California State Prison - Solano in Vacaville, California, where Petitioner is currently

incarcerated.   The prison is located within the venue of the Eastern District of

California.  Venue in a habeas action is proper in either the district of confinement or the

district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the

preferable forum to review the execution of a sentence, such as a parole denial claim.

<u>See</u> Habeas L.R. 2254-3(a); <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989).

\\\

1   Accordingly, this case is TRANSFERRED to the United States District Court for the

2   Eastern District of California, the location of Petitioner's confinement.  See 28 U.S.C.

3   § 1404(a); Habeas L.R. 2254-3(b)(1).  In view of the transfer, the Court will not rule

4   upon Petitioner's motion to proceed in forma pauperis (docket no. 2).  The Clerk shall

5   terminate all pending motions and transfer the entire file to the Eastern District of

6   California.

7          IT IS SO ORDERED.

8   DATED: __5/12/06_____

_____
JEREMY FOGEL
United States District Judge

1    This is to certify that a copy of this ruling was mailed to the following:

2

3    Edward E.H. Houston
     C-68640
4    CSP - Solano
     P.O. Box 4000
5    Vacaville, CA  95696-4000

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28